UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62236-CIV-ZLOCH

BILL TAYLOR,

    Plaintiff,

vs.                            **FINAL ORDER OF DISMISSAL**

BIG DAWGS 2, INC. and MACHI
CORPORATION,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    On November 10, 2011, the Court entered its Order Of Instructions (DE 8) requiring the Parties to jointly file a Rule 26(f) Report on or before December 7, 2011. Upon the Parties' failure to do so, the Court entered an Order To Show Cause (DE 9), directing compliance with the Court's Order (DE 8) by <u>Noon</u> on <u>Friday, January 20, 2012</u>. The Parties were advised that, upon their failure to comply with the terms and conditions of the Court's Order (DE 8), the Court "shall impose a sanction, including but not limited to the dismissal of the above-styled cause without prejudice and without further notice or hearing." DE 9. The Parties have not responded to the Court's Order To Show Cause (DE 9) or demonstrated compliance with the Court's Order Of Instructions (DE 8) by the date and time required by the Court.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The above-styled cause be and the same is hereby

**DISMISSED** without prejudice due to the Parties's failure to abide by the Court's prior Orders (DE Nos. 8 & 9); and

2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___20th___ day of January, 2012.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

All Counsel of Record